UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| M.H., a minor; C.H., a minor; SOPHIE HARTMAN, individually and as a parent of C.H. and M.H., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF WASHINGTON DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES ("DCYF"); KELSEY OWENS, DCYF Investigator; LAUREN MAULDEN, DCYF Case Worker; CITY OF RENTON POLICE DEPARTMENT ("CRPD");  ADELE O'ROURKE, CRPD Detective; WASHINGTON COURT APPOINTED SPECIAL ADVOCATE ASSOCIATION ("CASA"); VIRGINIA WHALEN; SEATTLE CHILDREN'S HOSPITAL; REBECCA T. WIESTER, M.D.; MARK S. WAINWRIGHT, M.D., Ph.D.; TIMOTHY J. BREI, M.D.; LUSINE AMBARTSUMYAN, M.D.; HELEN L. DICHEK, M.D.; NANCY CHASE, B.S.N., R.N.; BETH WEBB NAUERT, M.D.; and JOHN and JANE DOES 1-10, <br><br> Defendants. | No. _____ <br><br> King County Superior Court Cause Number: 24-2-05829-0 <br><br> **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendants City of Renton Police Department and Detective Adele O'Rourke, by and through their undersigned counsel, hereby remove the

NOTICE OF REMOVAL - 1
23-2-00868-05
1018539

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

above-captioned case from the Superior Court of King County to the United States District Court for the Western District of Washington pursuant to 28 U.S.C. § 1446, and respectfully states:

1. A Complaint in the above-captioned matter was filed in the Superior Court for King County on or about March 15, 2024. Plaintiff served the City of Renton Police Department[1] and Detective Adele O'Rourke on March 22, 2024.

3. Pursuant to LCR 101(b)(1), true and correct copies of Plaintiffs' Complaint is attached hereto as **Exhibit A** and will be filed as a separate attachment in the filing system. This case is pending in the Superior Court of the State of Washington for King County under Cause No. 24-2-05829-0 SEA. Attached as **Exhibit B** is a true and correct copy of the Civil Cover Sheet in accordance with Local Rule W.D. Wash. LCR 3(a).

4. This law firm represents Defendants City of Renton (Renton Police Department) and Detective Adele O'Rourke in this action. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders are included in the Verification of State Records, which is being filed contemporaneously with this Notice of Removal.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiffs, and a copy is being filed with the clerk of the King County Superior Court.

6. The basis for removal is pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1443, as Plaintiff brings this civil action based on (1) claims arising under the laws of the United States, and (2) an alleged violation of civil rights. Plaintiff claims violations of 42 U.S.C. § 1983 (Deprivation of Federal Rights).

---

[1] The Summons and Complaint was served upon the front desk at the police department. Under RCW 4.28.080, this would not constitute proper service.

NOTICE OF REMOVAL - 2
23-2-00868-05
1018539

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

7. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, as district courts have original jurisdiction over all civil actions arising under the laws of the United States, and under 28 U.S.C. § 1367(a), as district courts have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

8. The above-captioned matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a). This Court is a District Court of the United States for the district and division embracing the place where the state court action is pending and is, therefore, the appropriate court for removal pursuant to 28 U.S.C. § 1441.

9. In accordance with 28 U.S. Code § 1446(b)(2), all Defendants who have notice of this action have consented to the action being removed to federal court. *See* Declaration of Sarah A. Tatistcheff in Support of Removal ¶3-6, Exs. C-F.

10. Pursuant to LCR 3(e)(1), removal from King County Superior Court to the United District Court for the Western District of Washington at Seattle is proper.

DATED this 22nd day of April, 2024.

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By: *s/Duncan K. Fobes*
  Duncan K. Fobes, WSBA 14964
  Sarah A. Tatistcheff, WSBA 51098
  Kerri A. Jorgensen, WSBA 28310
  Attorneys for Defendants
  1000 Second Ave., 30th Floor
  Seattle, WA  98104
  dkf@pattersonbuchanan.com
  sat@pattersonbuchanan.com
  kaj@pattersonbuchanan.com

NOTICE OF REMOVAL - 3
23-2-00868-05
1018539

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

**CERTIFICATE OF SERVICE**

I, Francis Lumauig , hereby declare that on this 22nd day of April 2024, I caused to be delivered <u>via email and PACER Efiling,</u> the document to which this Certificate of Service is attached (plus any exhibits and/or attachments) to the following:

| ATTORNEY NAME & ADDRESS | ATTORNEY NAME & ADDRESS |
|---|---|
| *Attorney for Plaintiffs*<br>Eliot Harris<br>Williams Kastner & Gibbs, PLLC<br>601 Union St. Ste 4100<br>Seattle, WA 98101<br>(206) 628-6600<br>eharris@williams-kastner.com | *Attorneys for Plaintiffs*<br>David J. Shlansky<br>Frances Workman<br>Shlansky Law Group, LLP<br>1 Winnisimmet Street<br>Chelsea, MA 02150<br>(617) 492-7200<br>david.shlansky@slglawfirm.com<br>frances.workman@slglawfirm.com |
| *Attorney for Defendants Department of Children, Youth, and Families, Kelsey Owens, and Lauren Maulden*<br>Peter Kay<br>Office of the Attorney General<br>7141 Cleanwater Drive SW<br>Olympia, 98504<br>(360) 586-7777<br>peter.kay@atg.wa.gov | *Attorney for Defendants Seattle Childrens Hospital, Nancy Chase, and Dr. Nauert*<br>Rando Wick<br>Ethan Silver<br>Johnson Graffe Keay Moniz & Wick, LLP<br>925 Fourth Avenue, Suite 3550<br>Seattle, WA 98104<br>(206) 223-4770<br>rando@jgkmw.com<br>silvere@jgkmw.com |
| *Attorney for Defendants Dr. Wiester, Dr. Wainwright, Dr. Brei, Dr. Ambartsumyan, and Dr. Dichek*<br>Michelle Taft<br>Evangeline Zhou<br>Johnson Graffe Keay Moniz & Wick, LLP<br>925 Fourth Avenue, Suite 3550<br>Seattle, WA 98104<br>(206) 223-4770<br>michelle@jgkmw.com<br>zhoue@jgkmw.com | *Attorney for Defendants Virginia Whalen and King County CASA*<br>Carla Carlstrom<br>King County Prosecuting Attorney's Office<br>516 Third Avenue, Ste W554<br>Seattle, WA 98104<br>(206) 296-9000<br>carla.carlstrom@kingcounty.gov |

NOTICE OF REMOVAL - 4
23-2-00868-05
1018539

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA  98104
Tel. 206.462.6700  Fax 206.462.6701

1 | I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 22nd day of April, 2024 at Seattle, Washington.

      *s/ Francis Lumauig*
Francis Lumauig
Legal Assistant

NOTICE OF REMOVAL - 5
23-2-00868-05
1018539

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701