<br>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOPHIE HARTMAN, et al., | CASE NO. C24-0554JLR |
| Plaintiffs, | ORDER |
| v. | |
| STATE OF WASHINGTON DEPARTMENT OF CHILDREN YOUTH AND FAMILIES, et al., | |
| Defendants. | |

Before the court is a stipulated motion to extend the noting date as to Plaintiffs Sophie Hartman, M.H., and C.H.'s (collectively, "Plaintiffs") motion for leave to amend their complaint. (Mot. Extend (Dkt. # 35); *see* Mot. Leave (Dkt. # 22).) The stipulated motion, however, is not signed by counsel for Defendants Seattle Children's Hospital, Nancy Chase, and Beth Nauert. (*See* Mot. Extend at 3.) Plaintiffs note that they "have not heard back from counsel" for those parties. (*Id.* at 1 n.1.)

//

ORDER - 1

1 | Failure to include signatures from counsel for all parties constitutes grounds for
2 | denial.  *See* Local Rules W.D. Wash. LCR 1(c)(7) (noting that a stipulated motion is an
3 | agreement "between or among the parties").  Nevertheless, the court has the inherent
4 | authority to manage its dockets, *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), and finds good
5 | cause to grant Plaintiffs' request.
6 | The court therefore GRANTS the motion to extend the noting date as to Plaintiffs'
7 | motion for leave to amend their complaint (Dkt. # 35).  The court DIRECTS the Clerk to
8 | re-note Plaintiffs' motion for leave to amend their complaint (Dkt. # 22) for June 12,
9 | 2024.
10 | Dated this 29th day of May, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2